

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

EDWARD CARRION,

                Plaintiff,

-against-

OMNI HOTELS MANAGEMENT CORP. i/s/h/a
OMNI HOTELS, JOHN DOE and GALLAGHER
BASSETT SERVICES, INC.,

                Defendants.

-----------------------------------------------------------X

INDEX NO: 100189/08
Supreme Court, New York County

Civil Action No.:



## RULE 7.1 DISCLOSURE

I, the undersigned counsel of record for Defendant Omni Hotels Management Corp. i/s/h/a Omni Hotels, (hereinafter "Omni") certifies that to the best of my knowledge and belief:

(1)    The parent corporation of Omni Hotels Management Corporation is Omni Hotels Corporation which is owned by TRT Development Corporation, which is owned by TRT Holdings, Inc., which is owned and controlled by Robert B. Rowling and his children's trusts of which he trustee.

(2)    There is no publicly held corporation that owns any of the stock in any of these entities.

Dated:   New York, New York
         February 14, 2008

                                                Respectfully submitted,

By: _____
Lee Mermelstein (LM4143)
*Attorneys for Defendants*
OMNI HOTELS MANAGEMENT CORP. i/s/h/a
OMNI HOTELS
45 Broadway
New York, New York  10006
Phone: (212) 509-9400
Fax: (212) 509-9492
Email: lmermelstein@cozen.com

### Certificate of Service

I, Lee Mermelstein, hereby certify that on February 14, 2008, a true and accurate copy of the foregoing was served via first class mail on all counsel of record.

_____
Lee Mermelstein

2