UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EDWARD CARRION,

        Plaintiff,

-against-

OMNI HOTELS MANAGEMENT CORP. i/s/h/a
OMNI HOTELS, JOHN DOE and GALLAGHER
BASSETT SERVICES, INC.,

        Defendants.

------------------------------------------------------------X

Civil Action No.: 08 CV 01574

**NOTICE OF SUBSTITUTION OF ATTORNEY OF RECORD**

PLEASE TAKE NOTICE, that the undersigned attorney will substitute as counsel of record for OMNI HOTELS MANAGEMENT CORP. i/s/h/a OMNI HOTELS in place of Lee Mermelstein, Esq. of Cozen O'Connor.

Dated:    New York, New York
           February 29, 2008

        Respectfully submitted,

        COZEN O'CONNOR

        By: _____
            Jason L. Beckerman (JB3094)
            Attorneys for Defendant
            **OMNI HOTELS MANAGEMENT CORP.**
            **i/s/h/a OMNI HOTELS**
            45 Broadway, 16th Floor
            New York, New York 10006
            (212) 908-1332

TO: Antonio Monaco, Esq.
Monaco & Monaco, LLP
Attorneys for Plaintiff
7610 13th Avenue
Brooklyn, New York 11228
(718) 872-0533

Gregory S. Katz, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for Defendant
**GALLAGHER BASSETT SERVICES, INC.**
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000