UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| EDWARD CARRION, | Civil Action No.: 08 CV 01574 |
| Plaintiff, | |
| -against- | NOTICE OF SUBSTITUTION OF ATTORNEY OF RECORD |
| OMNI HOTELS MANAGEMENT CORP. i/s/h/a OMNI HOTELS, JOHN DOE and GALLAGHER BASSETT SERVICES, INC., | |
| Defendants. | |

---------------------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned attorney will substitute as counsel of record for OMNI HOTELS MANAGEMENT CORP. i/s/h/a OMNI HOTELS in place of Lee Mermelstein, Esq. of Cozen O'Connor.

Dated:    New York, New York
         February 29, 2008

Respectfully submitted,

COZEN O'CONNOR

By: _____
Jason L. Beckerman (JB3094)
Attorneys for Defendant
**OMNI HOTELS MANAGEMENT CORP.
i/s/h/a OMNI HOTELS**
45 Broadway, 16th Floor
New York, New York 10006
(212) 908-1332

TO:    Antonio Monaco, Esq.
Monaco & Monaco, LLP
Attorneys for Plaintiff
7610 13th Avenue
Brooklyn, New York 11228
(718) 872-0533

Gregory S. Katz, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for Defendant
**GALLAGHER BASSETT SERVICES, INC.**
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EDWARD CARRION,

                              Plaintiff,

- against -

OMNI HOTELS MANAGEMENT CORP. i/s/h/a
OMNI HOTELS, JOHN DOE and GALLAGHER
BASSETT SERVICES, INC.,
                            Defendants.

**AFFIRMATION IN SUPPORT OF SUBSTITUTION OF ATTORNEY OF RECORD**

**Civil Action No.:
08 CV 01574**

------------------------------------------------------------------------x

       Jason L. Beckerman, an attorney duly admitted to practice before the Untied States District Court, Southern District of New York, hereby affirms as follows under penalty of perjury:

       1.     I am a member of the firm Cozen O'Connor, attorneys for the defendants OMNI HOTELS MANAGEMENT CORP. i/s/h/a OMNI HOTELS (hereinafter "OMNI").

       2.     This affirmation is offered in support of the Substitution of Attorney of Record on behalf of OMNI.

       3.     Lee Mermelstein, Esq., the original attorney of record for OMNI, is no longer employed by Cozen O'Connor.

       4.     The undersigned has taken over as attorney of record for OMNI.

       5.     This affirmation is offered under penalty of perjury.

Dated: New York, New York
       May 5, 2008

By: _____
Jason L. Beckerman, Esq. (JB 3094)
Cozen O'Connor
Attorney for Defendant
OMNI HOTELS MANAGEMENT CORP.
i/s/h/a OMNI HOTELS
45 Broadway, 16th Floor
New York, New York 10006
(212) 908-1332


TO:    Antoio Monaco, Esq.
        Monaco & Monaco, LLP
        Attorneys for Plaintiff
        7610 13th Avenue
        Brooklyn, New York 11228
        (718) 872-0533

        Gregory S. Katz, Esq.
        Wilson Elser, Moskowitz, Edelman & Dicker, LLP
        Attorneys for Defendant
        GALLAGHER BASSETT SERVICES, Inc.
        150 East 42nd Street
        New York, New York 10017-5639
        (212) 490-3000