UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EDWARD CARRION,                                 Civil Action No.: 08 CV 01574

               Plaintiff,

                                         **NOTICE OF APPEARANCE**

    -against-

OMNI HOTELS MANAGEMENT CORP. i/s/h/a
OMNI HOTELS, JOHN DOE and GALLAGHER
BASSETT SERVICES, INC.,

               Defendants.

------------------------------------------------------------X

        PLEASE TAKE NOTICE, that the undersigned attorney hereby appears as counsel of

record for OMNI HOTELS MANAGEMENT CORP. i/s/h/a OMNI HOTELS.

Dated:       New York, New York
            May 5, 2008

                        Respectfully submitted,

                        COZEN O'CONNOR

                        By: _____
                            Jason L. Beckerman (JB3094)
                            Attorneys for Defendant
                            **OMNI HOTELS MANAGEMENT CORP.**
                            **i/s/h/a OMNI HOTELS**
                            45 Broadway, 16th Floor
                            New York, New York 10006
                            (212) 908-1332

TO:    Antonio Monaco, Esq.
       Monaco & Monaco, LLP
       Attorneys for Plaintiff
       7610 13th Avenue
       Brooklyn, New York 11228
       (718) 872-0533

       Gregory S. Katz, Esq.
       Wilson, Elser, Moskowitz, Edelman & Dicker LLP
       Attorneys for Defendant
       **GALLAGHER BASSETT SERVICES, INC.**
       150 East 42nd Street
       New York, New York 10017-5639
       (212) 490-3000