UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

EDWARD CARRION,

      Plaintiff,

-against-

OMNI HOTELS MANAGEMENT CORP. i/s/h/a
OMNI HOTELS, JOHN DOE AND GALLAGHER
BASSET SERVICES, INC.,

      Defendants.

-----------------------------------------------------------------X

Civil Action No.: 08 CV 01574

**NOTICE OF APPEARNCE**

**PLEASE TAKE NOTICE**, that the undersigned attorney hereby appears as attorney of record for plaintiff, Edward Carrion, regarding the captioned matter.

Dated: Brooklyn, New York
      May 12, 2008

Respectfully Submitted,

Monaco & Monaco, LLP
*Attorneys for Plaintiff*
7610 13th Avenue, 2nd Floor
Brooklyn, New York 11228
(718) 872-0533

By: _____
Antonietta M. Monaco, Esq. (AM7105)